**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1016**

REDMOND HOWARD,

       Plaintiff - Appellant,

    v.

DARYL MCCREADY, Senior Pastor at Sonrise Church (Berlin); BRYAN MATTHEW LLOYD, Pastor at Salisbury, MD Sonrise Church; MARK AARON THOMAS, Pastor at Princess Anne, MD Sonrise Church; MICHAEL DUANE RITTENHOUSE; JARED MYLON RITTENHOUSE,

       Defendants - Appellees.

**No. 18-1092**

REDMOND HOWARD,

       Plaintiff - Appellant,

    v.

DARYL MCCREADY, Senior Pastor at Sonrise Church (Berlin); BRYAN MATTHEW LLOYD, Pastor at Salisbury, MD Sonrise Church; MARK AARON THOMAS, Pastor at Princess Anne, MD Sonrise Church; MICHAEL DUANE RITTENHOUSE; JARED MYLON RITTENHOUSE,

       Defendants - Appellees.

Appeals from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:17-cv-00385-GLR)

Submitted:  May 24, 2018                    Decided:  May 29, 2018

———————

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Redmond Howard, Appellant Pro Se.  Robin Ringgold Cockey, COCKEY, BRENNAN & MALONEY, PC, Salisbury, Maryland; Erin Hebert Cancienne, DECARO, DORAN, SICILIANO, GALLAGHER & DEBLASIS, LLP, Bowie, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated cases, Redmond Howard appeals the district court's order dismissing his second amended civil complaint for failure to state a claim. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Howard's informal brief does not challenge the basis for the district court's disposition, Howard has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We deny as unnecessary both Howard's motion to file supplemental materials and Appellees' motion to strike the proposed supplemental materials. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*